**Case No. 20-cv-04570-HSG**

DAVID M. FELDMAN (*pro hac vice*)
 dfeldman@gibsondunn.com
MATTHEW K. KELSEY (*pro hac vice*)
 mkelsey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

MATTHEW D. McGILL (*pro hac vice*)
 mmcgill@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

MICHAEL S. NEUMEISTER, SBN 274220
 mneumeister@gibsondunn.com
MICHELLE CHOI, SBN 313557
 mchoi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for the Ad Hoc Committee of Holders of Trade Claims*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br> -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br> Debtors.<br><br>AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS,<br><br> Appellant,<br><br>v.<br><br>PG&E CORPORATION, et al.,<br><br> Appellees. | **NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT**<br><br>On appeal from the United States Bankruptcy Court for the Northern District of California, Chapter 11 Case No. 19-bk-30088-DM (Lead Case) (Jointly Administered) |

NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT
(Case No. 20-cv-04570-HSG)

Gibson, Dunn & Crutcher LLP

PLEASE TAKE NOTICE that briefing on the above-captioned appeal (the "Appeal") has been completed. The Ad Hoc Committee of Holders of Trade Claims (the "Trade Committee") hereby advises the Court that the following documents are relevant to the Appeal:

1. *Opening Brief of Ad Hoc Committee of Holders of Trade Claims* [Docket No. 15] (the "Appellant Opening Brief");

2. *Notice of Joinder and Joinder of Marble Ridge Capital in Opening Brief of Ad Hoc Committee of Holders of Trade Claims* [Docket No. 19];

3. *Notice of Joinder and Joinder of Marble Ridge Capital in Appendix to Opening Brief of Ad Hoc Committee of Holders of Trade Claims* [Docket No. 20];

4. *Principal Brief of Appellees* [Docket No. 21] (the "Appellee Principal Brief");

5. *Submission Pursuant to Fed. R. Bankr. P. 8014(f)* [Docket No. 22];

6. *Reply Brief of Ad Hoc Committee of Holders of Trade Claims* [Docket No. 23]; and

7. *Notice of Joinder and Joinder of Marble Ridge Capital in Reply Brief of Ad Hoc Committee of Holders of Trade Claims* [Docket No. 24].

Both the Appellant Opening Brief and the Appellee Principal Brief request oral argument with respect to the merits of the issues on appeal. For the convenience of the Court and the other parties to the Appeal, the Trade Committee has consulted with counsel for the appellees, PG&E Corporation and Pacific Gas and Electric Company, and Marble Ridge Capital, and has confirmed the following dates as being available for the parties to this Appeal:

- January 25, 2021 to January 27, 2021
- January 29, 2021 to February 11, 2021
- February 15, 2021 to February 17, 2021
- February 23, 2021 to March 8, 2021
- March 11, 2021 to March 17, 2021

1  The Trade Committee respectfully requests that the Court, subject to its calendar and
2  availability, schedule argument on the merits of this Appeal on a date or dates within
3  the timeframe set forth above.

4

5  Dated: November 25, 2020                **GIBSON, DUNN & CRUTCHER LLP**

6

7  By: */s/ Michael S. Neumeister*
   David M. Feldman (*pro hac vice*)
8  Matthew K. Kelsey (*pro hac vice*)
   Matthew D. McGill (*pro hac vice*)
9  Michael S. Neumeister (SBN 274220)
   Michelle Choi (SBN 313557)
10

11 *Attorneys for the Ad Hoc Committee of Holders of Trade Claim*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Michael S. Neumeister, declare:

1. I am over the age of 18 years and not a party to this action. My business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071, which is located in the country where the service described below occurred.

2. I hereby certify that on November 25, 2020, I electronically filed the *Notice of Completion of Briefing and Request for Oral Argument* with the Clerk of the Court of the United States District Court, Northern District of California by using the CM/ECF system, which will send notification of such filing to e-mail addresses on file with the Court's CM/ECF system.

3. I certify that service will also be accomplished by e-mail upon counsel listed on **Exhibit A**.

I certify and declare under penalty of perjury that the foregoing is true and correct.

/s/ *Michael S. Neumeister*
Michael S. Neumeister

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

| | |
|---|---|
| Stephen Karotkin | stephen.karotkin@weil.com |
| Ray C. Schrock | ray.schrock@weil.com |
| Jessica Liou | jessica.liou@weil.com |
| Theodore E. Tsekerides | theodore.tsekerides@weil.com |
| Tobias S. Keller | tkeller@kellerbenvenutti.com |
| Peter J. Benvenutti | pbenvenutti@kellerbenvenutti.com |
| Jane Kim | jkim@kellerbenvenutti.com |
| Bruce S. Bennett | bbennett@jonesday.com |
| Joshua M. Mester | jmester@jonesday.com |
| James O. Johnston | jjohnston@jonesday.com |
| Gregory A. Bray | gbray@milbank.com |
| Thomas R. Kreller | tkreller@milbank.com |
| Dennis F. Dunne | ddunne@milbank.com |
| Samuel A. Khalil | skhalil@milbank.com |
| Michael S. Stamer | mstamer@akingump.com |
| Ira S. Dizengoff | idizengoff@akingump.com |
| David H. Botter | dbotter@akingump.com |
| Abid Qureshi | aqureshi@akingump.com |
| Ashley Vinson Crawford | avcrawford@akingump.com |
| Mark A. Speiser | mspeiser@stroock.com |
| Kenneth Pasquale | kpasquale@stroock.com |
| Sherry J. Millman | smillman@stroock.com |
| Harold A. Olsen | holsen@stroock.com |
| David W. Moon | dmoon@stroock.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com |
| Beth M. Brownstein | beth.brownstein@arentfox.com |
| Aram Ordubegian | aram.ordubegian@arentfox.com |
| M. David Minnick | dminnick@pillsburylaw.com |
| Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Timothy Graulich | timothy.graulich@davispolk.com |
| David Schiff | david.schiff@davispolk.com |
| Daniel E. Meyer | daniel.meyer@davispolk.com |
| Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Bennett Murphy | bennettmurphy@quinnemanuel.com |
| Hugh M. McDonald | hugh.mcdonald@troutman.com |
| Jonathan D. Forstot | jonathan.forstot@troutman.com |
| Marcus T. Hall | marcus.hall@troutman.com |
| Katharine L. Malone | katharine.malone@troutman.com |
| Matthew A. Feldman | mfeldman@willkie.com |
| Joseph G. Minias | jminias@willkie.com |
| Benjamin P. McCallen | bmccallen@willkie.com |
| Kathryn S. Diemer | kdiemer@diemerwei.com |
| Randye Beth Soref | rsoref@polsinelli.com |
| Tanya Behnam | tbehnam@polsinelli.com |